IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISON

TERRANCE TURNER,                )
                                )
    Petitioner,             )  CASE NO. 3:07-0348
                                )  JUDGE HAYNES
v.                              )
                                )
RICKY BELL, Warden,             )
                                )
    Respondent.             )

## O R D E R

In accordance with the Memorandum filed herewith, the Respondent's motion to dismiss (Docket Entry No. 15) is **GRANTED** and the Petitioner's motion for summary judgment (Docket Entry No. 17) is **DENIED**. This action is **DISMISSED with prejudice**. The Court **GRANTS** a Certificate of Appealibility.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___13th___ day of September, 2011.

                      WILLIAM J. HAYNES, JR.
                      United States District Judge